```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 20633
   LATORREO D TOLBERT SR
   SHELBYRNE TOLBERT                            CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-4714      SSN XXX-XX-2772

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 11/05/2007 and was not confirmed.

      The case was dismissed without confirmation 03/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED          3879.29          .00            .00
CITY OF CHICAGO WATER DE   SECURED             422.00          .00            .00
MIDLAND CREDIT MANAGEMEN   SECURED VEHIC         .00           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          6668.55          .00            .00
SAXON MORTGAGE SERVICES    CURRENT MORTG         .00           .00            .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE         .00           .00            .00
ACCOUNT RECOVERY SERVICE   UNSECURED        NOT FILED          .00            .00
ACCOUNT RECOVERY SERVICE   UNSECURED        NOT FILED          .00            .00
ALLIED INTERSTATE          UNSECURED        NOT FILED          .00            .00
CHECK & GO                 UNSECURED        NOT FILED          .00            .00
M3 FINANCIAL SERVICES      UNSECURED        NOT FILED          .00            .00
MEDICAL BUSINESS BUREAU    UNSECURED        NOT FILED          .00            .00
MEDICAL COLLECTIONS SYS    UNSECURED        NOT FILED          .00            .00
MEDICAL COLLECTIONS SYS    UNSECURED        NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           645.80          .00            .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED          .00            .00
NCO FINANCIAL SYSTEM       UNSECURED        NOT FILED          .00            .00
GE MONEY/SAM'S             UNSECURED           344.47          .00            .00
SENEX SERVICES CORP        UNSECURED        NOT FILED          .00            .00
UNIFUND CCR PARTNERS       UNSECURED        NOT FILED          .00            .00
COMMONWEALTH EDISON        UNSECURED           450.07          .00            .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT        59.50          .00          59.50
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,500.00                     1,224.53
TOM VAUGHN                 TRUSTEE                                          111.65
DEBTOR REFUND              REFUND                                           341.56

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              1,737.24

PRIORITY                                     59.50
SECURED                                        .00
UNSECURED                                      .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 20633 LATORREO D TOLBERT SR & SHELBYRNE TOLBERT
```

```
ADMINISTRATIVE                                                1,224.53
TRUSTEE COMPENSATION                                            111.65
DEBTOR REFUND                                                   341.56
                                          ---------------   ---------------
TOTALS                                           1,737.24          1,737.24
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 06/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE